# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL JOSEPH,<br><br>Petitioner,<br><br>vs.<br><br>STEVEN C. STAFFORD, UNITED STATES MARSHAL, SOUTHERN DISTRICT OF CALIFORNIA; ERIC NOONAN, WARDEN, GEO WESTERN REGION DETENTION FACILITY – SAN DIEGO, CALIFORNIA,<br><br>Respondents. | Case No: 07-CV-899 BTM (LSP)<br><br>**ORDER RE RE STAY OF EXTRADITION PROCEEDINGS PENDING COMPLETION OF HABEAS CORPUS PROCEEDINGS** |

    For good cause shown by joint motion of the parties previously filed, the Court hereby orders that upon the entry of Magistrate Judge Louisa S. Porter's Order re Extradition **In the Matter of the Extradition of Raphael Joseph, aka Rafi Yousif Tooma, aka Tony Toma, aka Hussony, Fugitive**, United States District Court, Southern District of California, Case No. 06 MJ 2273, all further extradition proceedings shall be stayed pending the completion of the instant habeas corpus proceedings in this Court. The Court further orders that the instant stay shall automatically dissolve forty-eight (48)

hours after the entry of any order by this Court affirming the decision of the magistrate's order of extradition.

**IT IS SO ORDERED.**

**DATED:  June 12, 2007**

**Hon. Barry Ted Moskowitz**
**United States District Judge**