# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL JOSEPH, ) | Case No. 07cv0899-BTM (related to 06mg2273) |
| Petitioner, ) | Date: August 10, 2007 |
| ) | Time: 11 a.m. |
| v. ) | |
| ) | ORDER GRANTING MOTION TO SHORTEN |
| STEVEN C. STAFFORD, et al., ) | TIME |
| Respondents. ) | |

Before the Court is Respondents' motion to shorten time. After careful consideration of the motion, the record, and the governing law, it is CONSIDERED and ORDERED that the motion be and the same is hereby GRANTED. Respondents' brief is accepted for filing.

IT IS SO ORDERED.

DATED: July 20, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge