FILED
08 FEB 29 AM 11:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF RAPHAEL JOSEPH<br>a/k/a RAFI YOUSIF TOOMA<br>a/k/a TONY TOMA<br>a/k/a HUSSONY,<br><br>Fugitive. | Case No. 06MG2273; 07CV0899-BTM<br><br>ORDER |

Upon application of the UNITED STATES OF AMERICA, and upon review of the request from Australia seeking evidence under the Mutual Legal Assistance Treaty with the Government of Australia, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty between the Government of Australia and the Government of the United States of America on Mutual Assistance in Criminal Matters</u>, and 28 U.S.C. §1782 and this court's inherent authority, that Christopher P. Tenorio is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. Take such steps as are necessary, including the issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. Provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. Adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Australia has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Government of Australia under the Treaty;

4.  Seek such further orders of this Court as may be necessary to execute this request; and

5.  Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Australia.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents and/or representatives of Australia.

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

DATED: 2-29-08

Presented by:

KAREN P. HEWITT
United States Attorney

s/Christopher P. Tenorio
CHRISTOPHER P. TENORIO
Asst. U.S. Attorney